UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:13-CR-64-FL

FILED IN OPEN COURT
ON 7-13-2013

Julie A. Richards, Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | ORDER TO UNSEAL INDICTMENT |
| ) | |
| MICKEY RAY LOCKLEAR ) | |

Upon motion of the United States of America, and for good cause shown, the sealed above-referenced Indictment returned by the Grand Jury for the Eastern District of North Carolina on May 28, 2013, is hereby ORDERED to be unsealed by the Clerk of the United States Court for the Eastern District of North Carolina.

This 18 day of July, 2013.

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE