UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:13-CR-64-FL-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| **MICKEY RAY LOCKLEAR,** | ) | |
| Defendant. | ) | |

Upon motion of the Defendant, it is hereby ORDERED that Docket Entry No. 54 be sealed until such time as requested to be unsealed by the Defendant.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Proposed Sealed Motion [DE-54] to the office of Counsel for the Defendant and the Government.

SO ORDERED. This 28th day of January, 2015.

_____
Louise W. Flanagan
United States District Judge