UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:13-CR-64-FL-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | ORDER TO SEAL |
| v. | ) | |
| | ) | |
| MICKEY RAY LOCKLEAR | ) | |
| | ) | |

Upon motion of the United States, it is hereby ORDERED Government's Motion to Seal in the above-captioned matter be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Motion and a signed copy of the Order to the United States Attorney's Office.

IT IS SO ORDERED, this the 8th day of April, 2019

_____
Honorable Louise Wood Flanagan
United States District Judge